**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No. 00-1155(RHK/JMM)

South Central MN Welfare Plan et al
v.
Red Oak Grove Electric et al

**IN RE: Notice of Reassignment of Magistrate Judge -** **NEW 00-1155 (RHK/SRN)**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge Susan Richard Nelson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Beverly Riches at 651-848-1200..

**DATED:** JUN 12 2000

Francis E. Dosal

**Francis E. Dosal, Clerk**

FILED JUN 12 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK