ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**SOUTH CENTRAL MINNESOTA ELECTRICAL WORKERS' INDUSTRY WELFARE PLAN; SOUTH CENTRAL MINNESOTA ELECTRICAL WORKERS' ANNUITY AND 401(k) PLANS; SOUTH CENTRAL MINNESOTA ELECTRICAL WORKERS' VACATION & HOLIDAY PLAN; and SOUTH CENTRAL MINNESOTA JOINT APPRENTICESHIP COMMITTEE FOR THE ELECTRICAL INDUSTRY TRUST FUND;**

Plaintiffs,

vs.

**RED OAK GROVE ELECTRIC, INC.,**

Defendant.

Civil No. 00-1155 RHK/JMM

**NOTICE OF DISMISSAL**
**WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned matter with prejudice.

Dated: October 3, 2000

McGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, CHARTERED

By ______________________
Pamela Hodges Nissen
Atty. Reg. 259810
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED OCT 05 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

**IT IS HEREBY ORDERED**: pursuant to the Notice of Dismissal by the Plaintiffs, this matter is dismissed with prejudice.

Dated: 10/05, 2000

The Honorable Richard H. Kyle
Judge of District Court